**\*\*E-filed 1/11/06\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0727 JF |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER CONTINUING HEARING |
| v. | ) | |
| | ) | |
| SERGIO FIGUEROA-CASTENADA, | ) | |
| | ) | |
| Defendant. | ) | |

The parties have jointly requested a continuance of the hearing set for January 11, 2006, on grounds that the parties are still waiting for tapes of the defendant's deportation hearing, and the defense requires additional time to consult with Mr. Figueroa's immigration attorney with respect to a motion to dismiss the indictment, and with respect to petitions that will be filed in state and immigration court on behalf of Mr. Figueroa.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for January 11, 2006, be continued to Wednesday, February 08, 2006, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from January 11, 2006, to Wednesday, February 08, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:   1/11/06

_____
JEREMY FOGEL
United States District Judge

ORDER CONTINUING HEARING
No. CR 05-0727 JF                    1