**E-filed 2/13/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-0727 JF |
| ) Plaintiff, ) | [PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME |
| v. ) | |
| SERGIO FIGUEROA-CASTENADA, ) | |
| ) Defendant. ) | |

The parties have jointly requested a continuance of the hearing set for February 8, 2006, on grounds that the parties have received tapes of the defendant's deportation hearings and require time to review them. Based on this new information, the defense requires additional time to consult with Mr. Figueroa's immigration attorney regarding a motion to dismiss the indictment, as well as related petitions that will be filed in state and immigration court.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for February 08, 2006, be continued to March 15, 2006, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from February 08, 2006, to March 15, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 2-6-06

JEREMY FOGEL
United States District Judge

ORDER CONTINUING HEARING
No. CR 05-0727 JF                                3

## Other Documents
5:05-cr-00727-JF USA v. Figueroa-Castenada

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting "I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink..." on the ECF home page at

The following transaction was received from Vinnard, Lara on 2/3/2006 at 1:56 PM PST

**Case Name:**      USA v. Figueroa-Castenada
**Case Number:**    5:05-cr-727
**Filer:**          Dft No. 1 - Sergio Figueroa-Castenada
**Document Number:** 12

**Docket Text:**
STIPULATION *TO CONTINUE HEARING; [PROPOSED] ORDER* by Sergio Figueroa-Castenada (Vinnard, Lara) (Filed on 2/3/2006)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Q:\Figueroa-Castaneda, Sergio 06023\Uploads\stip moving Feb hearing.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/3/2006] [FileNumber=2392704-0] [
6a2293dfd5447e91f0e4561eab36e9bb65e9e72878069b770d8f780bf9633608550d76
313034d387a893bf053d47fd78e9a01203650187b81a7ead6a901ad387]]

**5:05-cr-727-1 Notice will be electronically mailed to:**

Susan Frances Knight    Susan.Knight@usdoj.gov,

Lara Suzanne Vinnard    lara_vinnard@fd.org, amy_lucas@fd.org