BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

**E-filed 3/23/06

Counsel for Defendant FIGUEROA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                          )<br>                  Plaintiff,               )<br>                                                          )<br>         v.                                           )<br>                                                          )<br> SERGIO FIGUEROA CASTANEDA,  )<br>                                                          )<br>                  Defendant.            )<br> _____) | No. CR 05-0727 JF<br><br>**STIPULATION TO CONTINUE HEARING; [PROPOSED] ORDER** |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, March 22, 2006, at 9:00 a.m., be continued to Wednesday, May 3, 2006, at 9:00 a.m.  The continuance is requested because the defense requires additional time to work with attorneys retained by Mr. Figueroa's family to address related matters in immigration court and state criminal court.  Specifically, Mr. Figueroa is attempting to obtain post-conviction relief in state court, and if he is successful in overturning or modifying a prior conviction, he may have grounds to reopen his deportation proceedings.

    The parties further agree that time should be excluded under the Speedy Trial Act until the next hearing of this matter because the defense requires time for investigation and

STIPULATION TO CONTINUE
HEARING DATE
No. CR 05-0727 JF                                                   1

1  preparation, and the ends of justice outweigh the defendant's and the public's need for a speedy
2  trial.

3  Dated: 3/21/06                              _____/s/_____
                                                LARA S. VINNARD
4                                               Assistant Federal Public Defender

5  Dated: 3/21/06                              _____/s/_____
                                                SUSAN KNIGHT
6                                               Assistant United States Attorney

STIPULATION TO CONTINUE
HEARING DATE
No. CR 05-0727 JF                                        2

\*\*E-filed 3/24/06\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-0727 JF |
| ) Plaintiff, ) | [~~PROPOSED~~] ORDER CONTINUING |
| v. ) | HEARING AND EXCLUDING TIME |
| ) SERGIO FIGUEROA-CASTENADA, ) | |
| ) Defendant. ) | |
| _____ ) | |

The parties have jointly requested a continuance of the hearing set for March 22, 2006, on grounds that the defense requires additional time to work with other attorneys retained by Mr. Figueroa's family in efforts to obtain relief for Mr. Figueroa through proceedings in state and immigration court.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for March 22, 2006, be continued to May 3, 2006, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from March 22, 2006, to May 3, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:   3/23/06

_____
JEREMY FOGEL
United States District Judge

STIPULATION TO CONTINUE
HEARING DATE
No. CR 05-0727 JF                                     3