**E-filed 6/28/06**

1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant FIGUEROA

6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA, ) No. CR 05-0727 JF
                              )
12 |        Plaintiff,         ) **STIPULATION TO CONTINUE**
                              ) **HEARING AND EXCLUDE TIME;**
13 | v.                        ) **[P~~ROPOSED~~] ORDER**
                              )
14 | SERGIO FIGUEROA CASTANEDA, )
                              )
15 |        Defendant.         )
   |_____)
16

17      Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19 Wednesday, June 28, 2006, at 9:00 a.m., be continued to Wednesday, July 26, 2006, at 9:00 a.m.

20 The continuance is requested because the defense preparation and investigation is ongoing.

21 Specifically, an attorney retained by Mr. Figueroa's family is attempting to obtain post-

22 conviction relief in state court with respect to the conviction that rendered him deportable.  If he

23 is successful in overturning or modifying that conviction, he may have grounds to reopen his

24 deportation proceedings.

25      The parties further agree that time should be excluded under the Speedy Trial Act until

26 the next hearing of this matter because the defense requires time for investigation and

1  preparation, and the ends of justice outweigh the defendant's and the public's need for a speedy
2  trial.
3  Dated: 6/27/06                                          _____/s/_____
                                                           LARA S. VINNARD
4                                                          Assistant Federal Public Defender

5  Dated: 6/27/06                                          _____/s/_____
                                                           SUSAN KNIGHT
6                                                          Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**E-filed 6/28/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br><br>SERGIO FIGUEROA-CASTENADA,<br><br>　　　　　Defendant. | No. CR 05-0727 JF<br><br>[~~PROPOSED~~] ORDER CONTINUING HEARING AND EXCLUDING TIME |

　　The parties have jointly requested a continuance of the hearing set for June 28, 2006, on grounds that defense investigation and preparation is ongoing. Specifically, the defense continues to work with other attorneys retained by Mr. Figueroa's family in efforts to obtain relief for Mr. Figueroa through proceedings in state and immigration court.

　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for June 28, 2006, be continued to July 26, 2006, at 9:00 a.m.

　　Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from June 28, 2006, to July 26, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:　6/28/06

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER CONTINUING HEARING
No. CR 05-0727 JF　　　　　　　　3