\*\*E-filed 8/2/06\*\*

1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant FIGUEROA

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,           )   No. CR 05-0727 JF
                                       )
12              Plaintiff,             )   **STIPULATION TO CONTINUE**
                                       )   **HEARING AND EXCLUDE TIME;**
13 v.                                  )   **[PROPOSED] ORDER**
                                       )
14 SERGIO FIGUEROA CASTANEDA,          )
                                       )
15              Defendant.             )
   _____)
16

17      Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19 Wednesday, July 26, 2006, at 9:00 a.m., be continued to Wednesday, September 13, 2006, at

20 9:00 a.m.  The continuance is requested because an attorney retained by Mr. Figueroa's family in

21 related proceedings is awaiting a ruling on his motion to vacate or modify the state conviction

22 that rendered Mr. Figueroa deportable.

23      The parties further agree that time should be excluded under the Speedy Trial Act until

24 the next hearing of this matter because the defense requires time for investigation and

25 preparation, and because both counsel will be out of the office during parts of August and

26 September, so that the ends of justice outweigh the defendant's and the public's need for a

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 05-0727 JF                               1

1  speedy trial.

2  Dated: 7/25/06                              _____/s/_____
                                               LARA S. VINNARD
3                                              Assistant Federal Public Defender

4  Dated: 7/25/06                              _____/s/_____
                                               SUSAN KNIGHT
5                                              Assistant United States Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**E-filed 8/2/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0727 JF |
| Plaintiff, | [~~PROPOSED~~] ORDER CONTINUING HEARING AND EXCLUDING TIME |
| v. | |
| SERGIO FIGUEROA-CASTENADA, | |
| Defendant. | |

The parties have jointly requested a continuance of the hearing set for June 28, 2006, on grounds that the defense is awaiting a ruling in state court with respect to a state conviction that rendered Mr. Figueroa deportable. In addition, both counsel will be out of the office during parts of August and September.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for July 26, 2006, be continued to September 13, 2006, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from July 26, 2006, to September 13, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:  8/2/06

JEREMY FOGEL
United States District Judge

ORDER CONTINUING HEARING
No. CR 05-0727 JF                                        3