**E-filed 9/13/06**

BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant FIGUEROA-CASTENADA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00727 JF / PVT |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **HEARING AND EXCLUDE TIME;** |
| v. | ) | **[PROPOSED] ORDER** |
| | ) | |
| SERGIO FIGUEROA-CASTENADA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, September 13, 2006, be continued to Wednesday, October 18, 2006, at 9:00 a.m.

The continuance is requested to allow time for resolution of petitions filed in state court by Mr. Figueroa's attorney, Alex Reisman, Esq., regarding the validity of convictions that resulted in Mr. Figueroa's deportation.  The parties agree that a continuance is appropriate to allow completion of this process.

The parties further agree that time should be excluded under the Speedy Trial Act because the defense requires time for effective preparation and investigation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 05-00727 JF                    1

Dated: 09/11/2006   _____/s/_____
                    LARA S. VINNARD
                    Assistant Federal Public Defender

Dated:              _____
                    SUSAN KNIGHT
                    Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the hearing set for September 13, 2006, to allow time for resolution of petitions filed in state court by Mr. Figueroa's attorney regarding the validity of convictions that resulted in his deportation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for September 13, 2006, be continued to October 18, 2006, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from September 13, 2006, to October 18, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:  9/13/06     _____
                    JEREMY FOGEL
                    United States District Judge