\*\*E-filed 11/13/06\*\*

1  BARRY J. PORTMAN
Federal Public Defender
2  LARA S. VINNARD
Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant FIGUEROA-CASTENADA

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,           )   No. CR 05-00727 JF / PVT
                                        )
13              Plaintiff,              )   **STIPULATION TO CONTINUE**
                                        )   **HEARING AND EXCLUDE TIME;**
    v.                                  )   **[PROPOSED] ORDER**
14                                      )
    SERGIO FIGUEROA-CASTENADA,          )
15                                      )
                Defendant.              )
16  _____)

17      Defendant and the government, through their respective counsel, hereby stipulate that,

18  subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19  Wednesday, November 15, 2006, be continued to Wednesday, December 20, 2006, at 9:00 a.m.

20      The continuance is requested to allow additional time for resolution of petitions filed in

21  state court by Mr. Figueroa's attorney, Alex Reisman, Esq., regarding the validity of convictions

22  that resulted in Mr. Figueroa's deportation.  The parties agree that a continuance is appropriate to

23  allow completion of this process.

24      The parties further agree that time should be excluded under the Speedy Trial Act because

25  the defense requires time for effective preparation and investigation, and the ends of justice

26  outweigh the defendant's and the public's need for a speedy trial.

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 05-00727 JF              1

1  Dated:     11/6/2006                        _____/s/_____
                                                LARA S. VINNARD
2                                               Assistant Federal Public Defender

3  Dated:     11/6/06                          _____/s/_____
                                                SUSAN KNIGHT
4                                               Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the hearing set for November 15, 2006, to allow time for resolution of petitions filed in state court by Mr. Figueroa's attorney regarding the validity of convictions that resulted in his deportation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for November 15, 2006, be continued to December 20, 2006, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from November 15, 2006, to December 20, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:   11/13/06
                                                _____
                                                JEREMY FOGEL
                                                United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 05-00727 JF                  2