**E-filed 12/19/06**

BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant FIGUEROA-CASTENADA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00727 JF / PVT |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **HEARING AND EXCLUDE TIME;** |
| v. | ) | **[P~~ROPOSE~~D] ORDER** |
| | ) | |
| SERGIO FIGUEROA-CASTENADA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, December 20, 2006, be continued to Wednesday, March 21, 2007, at 9:00 a.m.

Mr. Figueroa has been engaged in collateral state court proceedings regarding the validity of convictions that resulted in his deportation.  Those proceedings are almost complete.  Mr. Figueroa's state court attorney, Alex Reisman, Esq., has informed the defense that his traverse is due February 7, 2007, which he considers to be a firm deadline.  After his traverse is filed, the trial court will have 30 days to issue a ruling on the petition.  Accordingly, a final decision is expected by mid-March.

The parties further agree that time should be excluded under the Speedy Trial Act because

the defense requires time for effective preparation and investigation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated:    12/18/2006              _____/s/_____
                                  LARA S. VINNARD
                                  Assistant Federal Public Defender

Dated:    12/18/06                _____/s/_____
                                  SUSAN KNIGHT
                                  Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the hearing set for December 20, 2006, to allow time for resolution of petitions filed in state court by Mr. Figueroa's attorney regarding the validity of convictions that resulted in his deportation. The defense expects that the state matter should be resolved by mid-March.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for December 20, 2006, be continued to March 21, 2006, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from December 20, 2006, to March 21, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:    12/19/06                _____
                                  JEREMY FOGEL
                                  United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 05-00727 JF                          2