**E-filed 3/21/07**

1 | BARRY J. PORTMAN
Federal Public Defender
2 | LARA S. VINNARD
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 | Telephone:  (408) 291-7753

5 | Counsel for Defendant FIGUEROA-CASTENADA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00727 JF / PVT |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [~~PROPOSED~~] ORDER** |
| v. | ) | |
| SERGIO FIGUEROA-CASTENADA, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, March 21, 2007, be continued to Wednesday, April 18, 2007, at 9:00 a.m.

Mr. Figueroa has been engaged in collateral state court proceedings regarding the validity of convictions that resulted in his deportation. All briefing is now complete; however, the defense has been informed by Mr. Figueroa's state court attorney, Alex Reisman, Esq., that the state court judge has not yet issued a decision. The judge recently issued a scheduling order stating that he would issue a decision by April 6. Accordingly, to allow time for the parties to discuss a resolution of this case after the decision is issued, the parties request that the matter be continued to April 18, 2007.

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 05-00727 JF         1

The parties further agree that time should be excluded under the Speedy Trial Act because the defense requires time for effective preparation and investigation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 3/20/07                             /s/
                                          LARA S. VINNARD
                                          Assistant Federal Public Defender

Dated: 3/20/07                             /s/
                                          ERIC ROSEN
                                          Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the hearing set for March 21, 2007, to allow time for the state court to issue a decision with respect to Mr. Figueroa's state habeas petition.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for March 21, 2007, be continued to April 18, 2007, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from March 21, 2007, to April 18, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 3/21/07                             _____
                                          JEREMY FOGEL
                                          United States District Judge