BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant FIGUEROA-CASTENADA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00727 JF / PVT |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **HEARING AND EXCLUDE TIME;** |
| v. | ) | **[PROPOSED] ORDER** |
| | ) | |
| SERGIO FIGUEROA-CASTENADA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, April 18, 2007, be continued to Wednesday, May 9, 2007, at 9:00 a.m.

Mr. Figueroa has been engaged in collateral state court proceedings regarding the validity of convictions that resulted in his deportation.   The defense has been informed that Mr. Figueroa's state petition was recently denied.  Accordingly, the parties anticipate that this matter will resolve by way of a fast-track disposition, but the parties require time to complete the settlement process.

The parties further agree that time should be excluded under the Speedy Trial Act because the defense requires time for effective preparation and investigation, and the ends of justice

1  outweigh the defendant's and the public's need for a speedy trial.

2

3  Dated:       4/13/07                             _____/s/_____
                                                    LARA S. VINNARD
4                                                   Assistant Federal Public Defender

5  Dated:       4/16/07                             _____/s/_____
                                                    JOSEPH FAZIOLI
6                                                   Assistant United States Attorney

7
                                    **ORDER**
8
       The parties have jointly requested a continuance of the hearing set for April 18, 2007, on
9
   grounds that the parties require time to finalize a settlement.
10
       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
11
   presently set for April 18, 2007, be continued to May 9, 2007, at 9:00 a.m.
12
       Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time
13
   from April 18, 2007, to May 9, 2007, shall be excluded from the period of time within which trial
14
   must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.
15

16  Dated:    4/18/07                               _____
                                                    JEREMY FOGEL
17                                                  United States District Judge

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 05-00727 JF                              2